**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 15, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00254-CV**

---

**IN RE KURT KNOP, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1204353**

---

## MEMORANDUM OPINION

On Wednesday, April 10, 2024, relator Kurt Knop filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable LaShawn Williams, presiding judge of the County Civil Court at Law No. 3 of

Harris County, to (1) vacate her February 16, 2024 order denying summary judgment; (2) vacate her February 20, 2024 order vacating the summary judgment grant; and (3) reinstate her February 15, 2024 order granting summary judgment.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.